**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CHAIRMAN OF THE BOARDS, INC., | : | No. 39 WAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| ZONING HEARING BOARD OF THE | : | |
| BOROUGH OF WILKINSBURG, | : | |
| BOROUGH OF WILKINSBURG, AND | : | |
| LAMAR ADVERTISING, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.